**CITY OF FARMINGTON,**
**Missouri, Appellant,**

v.

**Bob SATTERTHWAITE, et al.,**
**Respondent.**

No. 49505.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 12, 1985.

Motion for Rehearing and/or
Transfer Denied
Dec. 17, 1985.

Gary W. Wagner, Colson, Wagner &
Ray, Farmington, for appellant.

Charles W. Medley, Medley & Pultz,
Farmington, for respondent.

ORDER

PER CURIAM:

City of Farmington, Missouri appeals after denial of petition for judicial review under § 536.100 RSMo (1978) of a decision of the Farmington Police Personnel Board. An extended opinion would be of no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

**Clarence TAMMONS, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 50073.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 12, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 17, 1985.

Mary Elizabeth Dockery, Asst. Public Defender, Clayton, for movant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).